Russell S. Thompson, IV (029098)
David McDevitt (030761)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
dmcdevitt@consumerlawinfo.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carolyn Mielke, | ) Case No. CV 15-970-PHX-JZB |
| Plaintiff, | ) |
| vs. | ) |
| Blatt, Hasenmiller, Leibsker, & Moore, LLC, | ) |
| Defendant. | ) |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff hereby provides notice that the parties have reached a settlement in principle as to all claims pending against all parties. Plaintiff respectfully requests that this Court allow sixty (60) days for Plaintiff and Defendant to complete the settlement and submit final dismissal paperwork, during which time Plaintiff requests the Court to retain jurisdiction over this matter.

Dated: August 5, 2015.

Complaint - 1

Respectfully submitted,

/s/ Russell S. Thompson, IV
Russell S. Thompson, IV (029098)
/s/ David McDevitt
David McDevitt (030761)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
dmcdevitt@consumerlawinfo.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on August 5, 2015, the foregoing was filed with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Tracy Neverman
Tracy Neverman